UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LAUREN MILLER, individually and on
Behalf of all others similarly situated,

          Plaintiff,

  -against-

J. CREW GROUP, INC.,

          Defendant.

---

Civil Action No. 1:13-cv-11487-RGS

**<u>UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF
CLASS SETTLEMENT AGREEMENT, DIRECTING NOTICE TO THE
CLASS, AND SCHEDULING FAIRNESS HEARING</u>**

Plaintiff, Lauren Miller, on behalf of the propose Class and through her attorneys, Finkelstein, Blankinship, Frei-Pearson & Garber, LLP ("FBFG"), Pastor Law Office, LLP, Leonard Law Office, LLP and Siprut P.C., hereby move for an order (1) preliminarily certifying the Class; (2) granting preliminary approval of the proposed Settlement; (3) approving the Settling Parties' proposed form and method of giving notice to the Class of the pendency of this litigation and the Settlement;  (4) directing that notice be given to the putative Class members as approved by the Court; (5)  finding that such notice consists the best notice practicable under the circumstances; (6) naming Plaintiff and her Counsel, FBFG, Pastor Law Office, LLP, the Leonard Law Office, P.C., and Siprut, P.C., as Class Representative and Class Counsel; (7) scheduling appropriate dates for requirement sand/or obligations of the Settling Parties and Class members as more fully described in the proposed Order filed concurrently herewith; and (8) scheduling a Fairness Hearing during which the Court will consider (a) the Settling Parties' request for final approval of the Settlement and entry of the proposed final Order and Judgment, (b) Class Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expense, and (c) dismissal of the Action pending before this Court.

Defendant does not oppose this motion.

The grounds for this motion are set forth in the accompanying memorandum of law.

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Undersigned counsel certify that they have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion, with the following result: Defendant does not oppose the relief sought by this Motion.

Dated:  June 5, 2014   Respectfully submitted,

**PASTOR LAW OFFICE, LLP**

/s/ David Pastor_____
David Pastor (BBO # 391000)
63 Atlantic Avenue, 3d Floor
Boston, Massachusetts 02110
Telephone: 617-742-9700
Facsimile: 617-742-9701
dpastor@pastorlawoffice.com

**FINKELSTEIN, BLANENSHIP, FREI-PEARSON & GARBER, LLP**
D. Greg Blankinship (BBO #655430)
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 298-3281
gblankinship@fbfglaw.com

**LEONARD LAW OFFICE, PC**
Preston W. Leonard (BBO #680991)
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: 617-329-1295
pleonard@theleonardlawoffice.com

**SIPRUT PC**
Joseph J. Siprut (*pro hac vice*
application to be filed)
17 North State Street, Suite 1600
Chicago, Illinois 60602
Telephone: (312) 236-0000
Facsimile: (312) 470-6588
Email: jsiprut@siprut.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 5, 2014.

/s/ David Pastor
David Pastor