EXHIBIT B

FULL NOTICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LAUREN MILLER**
**v.**
**J. CREW GROUP, INC.**

C.A. No. 13-cv-11487-RGS

### NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

**TO:** All persons who, between June 20, 2009 and [insert date of entry of Preliminary Approval Order], used a Credit Card at a Massachusetts J. Crew Store and whose Personal Identification Information, including, but not limited to ZIP code, was requested and recorded by J. Crew at the Massachusetts J. Crew Store.

**IF YOU ARE A MEMBER OF THIS CLASS OF PERSONS, YOU SHOULD READ THIS NOTICE CAREFULLY BECAUSE IT WILL AFFECT YOUR LEGAL RIGHTS AND OBLIGATIONS.**

A settlement ("Settlement") has been proposed in the class action lawsuit referenced above pending in the United States District Court for the District of Massachusetts, Case No. 13-cv-11487-RGS ("Action"). If the Court gives final approval to the Settlement, J. Crew Group, Inc., ("J. Crew") will provide for each Class Member who properly and timely completes and submits a Claim Form, a voucher for $20 off of a merchandise purchase ("Voucher"), with no minimum purchase required to use the Voucher.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **SUBMIT A CLAIM FORM** | This is the only way to get Voucher for $20 off a merchandise purchase (no minimum purchase required).<br><br>Visit the Settlement website located at www.[settlementwebsite].com to obtain a Claim Form. | Deadline: **[Month Day, Year]** |
| **EXCLUDE YOURSELF** | If you exclude yourself from the Settlement, you will not receive a Voucher under the Settlement. Excluding yourself is the only option that allows you to ever bring or maintain your own lawsuit against J. Crew regarding the allegations in the Action ever again. | Deadline: **[Month Day, Year]** |
| **OBJECT** | You may write to the Court about why you object to (i.e., don't like) the Settlement and think it shouldn't be approved. Filing an objection does not exclude you from the Settlement. | Deadline: **[Month Day, Year]** |
| **GO TO THE "FAIRNESS HEARING"** | The Court will hold a "Fairness Hearing" to consider the Settlement, the request for attorneys' fees and costs of the lawyers who brought the Action, and the representative plaintiffs' request for service awards for bringing the Action. | Hearing Date: **[Month Day, Year at Time]** |

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| | You may, but are not required to, speak at the Fairness Hearing about any Objection you filed to the Settlement. If you intend to speak at the Fairness Hearing, you must also submit a "Notice of Intention to Appear" to the Court and the parties' attorneys, indicating your intent to do so. | |
| **DO NOTHING** | You will not receive a Voucher under the Settlement. You will also give up your right to object to the Settlement and you will be not be able to be part of any other lawsuit about the legal claims in this case. | N/A |

- These rights and options—**and the deadlines to exercise them**—are explained in more detail below.

- The Court in charge of this Action has preliminarily approved the Settlement and must decide whether to give final approval to the Settlement. The relief provided to Class Members will be provided only if the Court gives final approval to the Settlement and, if there are any appeals, after the appeals are resolved in favor of the Settlement. ***Please be patient***.

## WHAT THIS NOTICE CONTAINS

**BACKGROUND INFORMATION** ............................................................................................ ##

    1.    Why did I get this notice?

    2.    What is this lawsuit about?

    3.    Why is this a class action?

    4.    Why is there a Settlement?

    5.    How do I know if I am part of the Settlement?

    6.    I'm still not sure if I am included.

**THE PROPOSED SETTLEMENT** ........................................................................................... ##

    7.    What relief does the Settlement provide to the Class Members?

**HOW TO REQUEST A VOUCHER – SUBMITTING A CLAIM FORM** ......................... ##

    8.    How can I get a Voucher?

    9    When will I get a Voucher?

**THE LAWYERS IN THIS CASE AND THE REPRESENTATIVE PLAINTIFFS** ........... ##

    10.    Do I have a lawyer in this case?

    11.    How will the lawyers be paid?

12.     Will the Representative Plaintiffs receive any compensation for their efforts in bringing this Action?

**DISMISSAL OF ACTION AND RELEASE OF ALL CLAIMS**.........................................##

13.     What am I giving up to obtain relief under the Settlement?

**HOW TO EXCLUDE YOURSELF FROM THE SETTLEMENT**....................................##

14.     How do I exclude myself from the Settlement?

**HOW TO OBJECT TO THE SETTLEMENT**.....................................................................##

15.     How do I tell the Court that I do not like the Settlement?

16.     What is the difference between excluding myself and objecting to the Settlement?

**FAIRNESS HEARING**...............................................................................................................##

17.     What is the Fairness Hearing?

18.     When and where is the Fairness Hearing?

19.     May I speak at the hearing?

**GETTING MORE INFORMATION**...........................................................................................##

20.     How do I get more information?

21.     What if my address or other information has changed or changes after I submit a Claim Form?

## BACKGROUND INFORMATION

### 1.   *Why did I get this notice?*

You received this Notice because a settlement has been reached in this Action. According to J. Crew's available records you might be a member of the Settlement Class and may be eligible to the relief detailed below.

This Notice explains the nature of the Action, the general terms of the proposed Settlement, and your legal rights and obligations. To obtain more information about the Settlement, including information about how you can see a copy of the Settlement Agreement (which defines certain capitalized terms used in this Notice), see Section 20 below.

### 2.   *What is this lawsuit about?*

The Action alleges that J. Crew unlawfully requested and recorded certain Personal Identification Information (such as ZIP codes) from customers using a Credit Card at a J.Crew Massachusetts Store. The Action asserts two causes of action for violations of Mass. Gen. laws ch. 93A, § 9 and for unjust enrichment due to alleged violations of Mass. Gen. Laws ch. 93, § 105(a). Plaintiffs seek penalties, damages, restitution/disgorgement and attorneys' fees, among other relief. Defendant denies any wrongdoing and any liability whatsoever.

**The issuance of this Notice is not an expression of the Court's opinion on the merits or the lack of merits of the Representative Plaintiffs' claims in the Action.**

For information about how to learn about what has happened in the Action to date, please see Section 20 below.

### 3.   Why is this a class action?

In a class action lawsuit, one or more people called "Representative Plaintiffs" (in this Action, Lauren Miller and Leah Crohn) sue on behalf of other people who have similar claims.  For purposes of this proposed Settlement, one court will resolve the issues for all Class Members.  The company sued in this case, J. Crew Group, Inc., is called the Defendant.

### 4.   Why is there a Settlement?

The Representative Plaintiffs have made claims against J. Crew.  J. Crew denies that it has done anything wrong or illegal and admits no liability.  The Court has **not** decided that the Representative Plaintiffs or J. Crew should win this Action.  Instead, both sides agreed to a Settlement.  That way, they avoid the cost of a trial, and the Class Members will receive relief now rather than years from now, if at all.

### 5.   How do I know if I am part of the Settlement?

The Court has decided that everyone who fits this description is a Class Member for purposes of the proposed Settlement:  "all persons who, during the Class Period, used a Credit Card at a Massachusetts J. Crew Store and whose Personal Identification Information, including, but not limited to ZIP code, was requested and recorded by J. Crew at the Massachusetts J. Crew Store."  Under the Settlement, the term "Class Period" is defined as between June 20, 2009 and [Month] [Day], [Year], the term "Credit Card" includes debit cards, and the term "Massachusetts J. Crew Store" means any J. Crew, Madewell, crewcuts or J. Crew Factory store, located in Massachusetts operated by J. Crew.

### 6.   I'm still not sure if I am included.

If you are still not sure whether you are included, you can write the Claims Administrator for free help.  The address of the Claims Administrator is: [Address; State; ZIP].

## THE PROPOSED SETTLEMENT

### 7.   What relief does the Settlement provide to the Class Members?

As part of the proposed Settlement, Class Members who timely file a valid Claim Form are eligible to receive a Voucher for $20 off of a merchandise purchase (no minimum purchase required).  The Voucher's terms and conditions are further described in paragraph 2.2 of the Settlement.

## HOW TO REQUEST A VOUCHER – SUBMITTING A CLAIM FORM

### 8.   *How can I get a Voucher?*

To qualify for a $20 Voucher, you must send in a Claim Form. A Claim Form is available by clicking HERE or on the Internet at the website www.[settlementwebsite].com. The Claim Form may be submitted electronically or by postal mail. Read the instructions carefully, fill out the form, and postmark it by [Month Day, Year] or submit it online on or before 11:59 p.m. (Eastern) on [Month Day, Year].

### 9.   *When will I get a Voucher?*

As described in Sections 17 and 18, the Court will hold a hearing on [Month Day, Year at Time], to decide whether to approve the Settlement. If the Court approves the Settlement after that, there may be appeals. It's always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. You can check on the progress of the case on the website dedicated to the Settlement at www.[settlementwebsite].com. *Please be patient.*

## THE LAWYERS IN THIS CASE AND THE REPRESENTATIVE PLAINTIFFS

### 10.   *Do I have a lawyer in this case?*

The Court has ordered that the law firms of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP; Pastor Law Office, LLP; The Leonard Law Office P.C.; and Siprut, P.C. ("Class Counsel") will represent the interests of all Class Members. You will not be separately charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 11.   *How will the lawyers be paid?*

J. Crew has agreed to pay Class Counsel's attorneys fees and costs up to $135,000, subject to approval by the Court. You will not be required to pay any attorneys' fees or costs.

### 12.   *Will the Representative Plaintiffs receive any compensation for their efforts in bringing this Action?*

The Representative Plaintiffs will request a service award (also known as an "incentive" award) of up to $3,000 (each) for their services as class representatives and their efforts in bringing the Action. The Court will make the final decision as to the amount to be paid to the class representatives.

## DISMISSAL OF ACTION AND RELEASE OF ALL CLAIMS

### 13.   *What am I giving up to obtain relief under the Settlement?*

If the Court approves the proposed Settlement, unless you exclude yourself from the

Settlement, you will be releasing your claims against J. Crew. This generally means that you will not be able to file a lawsuit, continue prosecuting a lawsuit, or be part of any other lawsuit against J. Crew regarding the allegations in the Action. The Settlement Agreement, available on the Internet at the website www.[settlementwebsite].com contains the full terms of the release.

## HOW TO EXCLUDE YOURSELF FROM THE SETTLEMENT

### 14.   *How do I exclude myself from the Settlement?*

You may exclude yourself from the Class and the Settlement. If you want to be excluded, you must send a letter or postcard stating: **(a)** the name and case number of the Action "*Miller v. J. Crew Group, Inc.*, Case No. 13-cv-11487"; **(b)** your full name, address, email address, and telephone number; and **(c)** a statement that you do not wish to participate in the Settlement, postmarked no later than [Month Day, Year] to the Claims Administrator at:

Miller and Crohn J. Crew Settlement
c/o [Settlement Administrator]
[Address]
[City, State ZIP]

If you timely request exclusion from the Class, you will be excluded from the Class, you will not be bound by the judgment entered in the Action, and you will not be precluded from prosecuting any timely, individual claim against J. Crew based on the conduct complained of in the Action.

## HOW TO OBJECT TO THE SETTLEMENT

### 15.   *How do I tell the Court that I do not like the Settlement?*

At the date, time, and location stated in Section 18 below, the Court will hold a Fairness Hearing to determine if the Settlement is fair, reasonable, and adequate, and to also consider Class Counsel's request for an award of attorneys' fees and costs, and a service award to the Representative Plaintiff.

If you wish to object to the fairness, reasonableness or adequacy of the Settlement Agreement or the proposed Settlement, or to the award of attorneys' fees and costs or the service award, you must file a written objection with the Court and serve such objection on Class Counsel and J. Crew's Counsel at the addresses set forth below no later than (*i.e.*, postmarked by) [Month Day, Year].

| CLASS COUNSEL | J. CREW'S COUNSEL | COURT |
|---|---|---|
| GREG BLANKINSHIP, ESQ. FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP 1311 MAMARONECK AVE. WHITE PLAINS, NY 10605 -AND- DAVID PASTOR, ESQ. PASTOR LAW OFFICE LLP 63 ATLANTIC AVENUE, 3D FLOOR BOSTON, MA 02110 | ROBERT B. LOVETT, ESQ. MICHELLE C. DOOLIN, ESQ. COOLEY LLP 500 BOYLSTON STREET, 14TH FLOOR BOSTON, MA 02116 | JOHN JOSEPH MOAKLEY COURTHOUSE 1 COURTHOUSE WAY, SUITE 2300 BOSTON, MA 02210 |

Any written objections must state: **(a)** the name and case number of the Action "*Miller v. J.Crew Group, Inc.*, Case No. 13-cv-11487"; **(b)** the full name, address, and telephone number of the person objecting; **(c)** the words "Notice of Objection" or "Formal Objection"; and **(d)** in clear and concise terms, the legal and factual arguments supporting the objection, including an attestation under the penalty of perjury of facts demonstrating that the person objecting is a Class Member.  You may, but need not, file and serve your objection through counsel of your choice.  If you do make your objection through an attorney, you will be responsible for your personal attorney's fees and costs.

**IF YOU DO NOT TIMELY MAKE YOUR OBJECTION, YOU WILL BE DEEMED TO HAVE WAIVED ALL OBJECTIONS AND WILL NOT BE ENTITLED TO SPEAK AT THE FAIRNESS HEARING.**

If you file and serve a written objection, you may appear at the Fairness Hearing, either in person or through personal counsel hired at your expense, to object to the Settlement Agreement.  You are not required, however, to appear.  If you, or your attorney, intend to make an appearance at the Fairness Hearing, you must also deliver to Class Counsel and J. Crew's Counsel, and file with the Court, no later than (*i.e.*, postmarked by) [Month Day, Year], a "Notice of Intention to Appear".

If you intend to appear at the Fairness Hearing through counsel, you must also identify the attorney(s) representing you who will appear at the Fairness Hearing and include the attorney(s) name, address, phone number, e-mail address, and the state bar(s) to which counsel is admitted.  Also, if you intend to request the Court to allow you to call witnesses at the Fairness Hearing, such request must be made in your written brief, which must also contain a list of any such witnesses and a summary of each witness' expected testimony.

**16.  *What is the difference between excluding myself and objecting to the Settlement?***

Objecting is simply telling the Court that you don't like something about the Settlement. You can object only if you stay in the Settlement Class.  Excluding yourself is telling the Court that you don't want to be part of the Settlement Class.  If you exclude yourself, you have no basis to object because the Settlement no longer affects you.

## FAIRNESS HEARING

**17.   *What is the Fairness Hearing?***

The Court has preliminarily approved the Settlement and will hold a hearing to decide whether to give final approval to the Settlement.  The purpose of the Fairness Hearing will be for the Court to determine whether the Settlement should be approved as fair, reasonable, adequate, and in the best interests of the Settlement Class; to consider the award of attorneys' fees and expenses to Class Counsel; and to consider the request for a service award to the Representative Plaintiffs.

**18.   *When and where is the Fairness Hearing?***

On [Month Day, Year at Time], a hearing will be held on the fairness of the proposed Settlement.  At the hearing, the Court will be available to hear any objections and arguments concerning the proposed Settlement's fairness.  The hearing will take place before the Honorable Richard G. Stearns in Courtroom 21 (7th Floor) of the U.S. District Court for the District of Massachusetts, located at 1 Courthouse Way, Boston, MA 02210.

The hearing may be postponed to a different date or time or location without notice.  Please check www.[settlementwebsite].com for any updates about the Settlement generally or the Fairness Hearing specifically.  If the date or time of the Fairness Hearing changes, an update to the Settlement website will be the only way you will be informed of the change.

**19.   *May I speak at the hearing?***

At that hearing, the Court will be available to hear any Objections and arguments concerning the fairness of the Settlement.

You may attend, but you do not have to.  As described above in Section 15, you may speak at the Fairness Hearing only if (a) you have timely served and filed an Objection, and (b) you have timely served and filed a Notice of Intent to Appear.

If you have requested exclusion from the Settlement, however, you may not speak at the Fairness Hearing.

## GETTING MORE INFORMATION

**20.   *How do I get more information?***

To see a copy of the Settlement Agreement, the Court's Preliminary Approval Order, Class Counsel's application for attorneys' fees and costs, and the operative complaint filed in the Action, please visit the Settlement website located at: www.[settlementwebsite].com. Alternatively, you may contact the Claims Administrator at the postal mailing address: [Address; City; State; ZIP].

This description of this Action is general and does not cover all of the issues and proceedings that have occurred.  In order to see the complete file you should visit www.pacer.gov or the Clerk's office at the John Joseph Moakley U.S. Courthouse located at 1 Courthouse Way, Suite 2300, Boston, MA 02210, (617) 748-9152. The Clerk will tell you how to obtain the file for inspection and copying at your own expense.

**21.   *What if my address or other information has changed or changes after I submit a Claim Form?***

It is your responsibility to inform the Claims Administrator of your updated information. You may do so at the address below:

*Miller and Crohn J. Crew Settlement*
c/o [Claims Administrator]
[Address]
[City, State ZIP]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR THE LITIGATION TO THE CLERK OF THE COURT OR THE JUDGE.**

Dated: XXX XX, 2014                    By: Order of the District of Massachusetts
                                       HONORABLE RICHARD G. STEARNS
                                       UNITED STATES DISTRICT COURT JUDGE

EXHIBIT C

U.S. MAIL NOTICE

**If you engaged in a Credit Card transaction at a Massachusetts J. Crew Store between June 20, 2009 and [insert date of entry of Preliminary Approval Order] and your Personal Identification Information (e.g., ZIP code) was requested and recorded you may be eligible to receive a Voucher for $20 off your next J. Crew Store purchase.**

**Why did I get this notice?**  A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts ("Court") titled *Lauren Miller, et al. v. J. Crew Group, Inc.* ("Action").  According to available records, you might be a "Class Member." The purpose of this notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?**  The Action was filed against J. Crew Group, Inc. ("J. Crew") by plaintiff Lauren Miller alleging J. Crew violated Massachusetts law by requesting and recording Personal Identification Information, including but not limited to, ZIP codes, of customers who engaged in a Credit Card transaction. J. Crew denies wrongdoing and liability and both sides disagree on how much, if anything, the class could have recovered after trial. *__No court has decided which side is right. But both sides agreed to provide benefits to J. Crew customers and resolve the case.__*

**Am I a Class Member?**  You are a "Class Member" if between June 20, 2009 and [the date of entry of the Preliminary Approval Order], you used a Credit Card at a Massachusetts J. Crew, Madewell, crewcuts or J. Crew Factory store ("J. Crew Store") and your Personal Identification Information, including but not limited to ZIP code, was requested and recorded by J. Crew at the Massachusetts J. Crew Store. Under the Settlement, the term "Credit Card" includes debit cards.

**What relief does the Settlement provide?**  If you are a Class Member, you are eligible to receive one Voucher. A Class Member may claim a Voucher for $20 off of a merchandise purchase (no minimum purchase required). To receive a Voucher you must timely complete and submit a valid Claim Form. A Claim Form is available on the Internet at the Settlement Website www.[settlementwebsite].com. The deadline to submit a Claim Form is [Month] [Day], [Year].

**What are my other options?**  If you don't want to be legally bound by the Settlement, you must exclude yourself by [Month] [Day], [Year], or you won't be able to sue J. Crew about the legal claims in the Action ever again.  If you exclude yourself, you cannot receive the $20 off Voucher from this Settlement. If you stay in the Settlement, you may object to it by [Month] [Day], [Year]. The detailed notice available at www.[settlementwebsite].com explains how to request exclusion or object. The Court will hold a hearing on [Month] [Day], [Year], at [time] to consider whether to approve the Settlement and a request by the lawyers representing all Class Members (Finkelstein, Blankinship, Frei-Pearson & Garber, LLP; Pastor Law Office, LLP; The Leonard Law Office P.C.; and Siprut, P.C.) for $135,000 in attorneys' fees and costs, and for the class representatives' (Lauren Miller and Leah Crohn) request for $3,000 (each) for their services. You may ask to appear at the hearing, but you don't have to.

**More information?**  For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.[settlementwebsite].com.  You may also write to the Claims Administrator at: [Address; City; State; ZIP].

EXHIBIT D

EMAIL NOTICE

To: XXXXXXXXXX

From: XXXXXXXXXX

Re: LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION

---

NOTICE OF PENDING CLASS ACTION AND NOTICE OF PROPOSED SETTLEMENT MILLER
V. J. CREW GROUP, INC.

---

### If you engaged in a Credit Card transaction at a Massachusetts J. Crew Store between June 20, 2009 and [insert date of entry of Preliminary Approval Order] and your Personal Identification Information (e.g., ZIP code) was requested and recorded you may be entitled to receive a Voucher for $20 off your next J. Crew Store purchase.

**Why did I get this notice?**  A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts ("Court") titled *Lauren Miller, et al. v. J. Crew Group, Inc.* ("Action").  According to available records, you might be a "Class Member." The purpose of this notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?**  The Action was filed against J. Crew Group, Inc. ("J. Crew") by plaintiff Lauren Miller alleging J. Crew violated Massachusetts law by requesting and recording Personal Identification Information, including but not limited to, ZIP codes, of customers who engaged in a Credit Card transaction.  J. Crew denies wrongdoing and liability and both sides disagree on how much, if anything, the class could have recovered after trial.  ***No court has decided which side is right.  But both sides agreed to provide benefits to J. Crew customers and resolve the case.***

**Am I a Class Member?**  You are a "Class Member" if between June 20, 2009 and [the date of entry of the Preliminary Approval Order], you used a Credit Card at a Massachusetts J. Crew, Madewell, crewcuts or J. Crew Factory store ("J. Crew Store") and your Personal Identification Information, including but not limited to ZIP code, was requested and recorded by J. Crew at the Massachusetts J. Crew Store.  Under the Settlement, the term "Credit Card" includes debit cards.

**What relief does the Settlement provide?**  If you are a Class Member, you are eligible to receive one Voucher.  A Class Member may claim a Voucher for $20 off of a merchandise purchase (no minimum purchase required).  To receive a Voucher you must timely complete and submit a valid Claim Form.  A Claim Form is available <u>HERE</u> or on the Internet at the Settlement Website www.[settlementwebsite].com.  The deadline to submit a Claim Form is [Month] [Day], [Year].

**What are my other options?**  If you don't want to be legally bound by the Settlement, you must exclude yourself by [Month] [Day], [Year], or you won't be able to sue J. Crew about the legal claims in the Action ever again.  If you exclude yourself, you cannot receive the $20 off Voucher from this Settlement. If you stay in the Settlement, you may object to it by [Month] [Day], [Year].  The detailed notice available at www.[settlementwebsite].com explains how to request exclusion or object.  The Court will hold a hearing on [Month] [Day], [Year], at [time] to consider whether to approve the Settlement and a request by the lawyers representing all Class Members (Finkelstein, Blankinship, Frei-Pearson & Garber, LLP; Pastor Law Office, LLP; The Leonard Law Office P.C.; and Siprut, P.C.) for $135,000 in attorneys' fees and costs, and for the class representatives' (Miller and Leah Crohn) request for $3,000 (each) for their services.  You may ask to appear at the hearing, but you don't have to.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.[settlementwebsite].com.   You may also write to the Claims Administrator at: [Address; City; State; ZIP].

EXHIBIT E

PUBLICATION NOTICE

**TO ALL PERSONS WHO ENGAGED IN A CREDIT CARD TRANSACTION AT A MASSACHUSETTS J. CREW STORE BETWEEN JUNE 20, 2009 AND [INSERT: DATE OF ENTRY OF PRELIMINARY APPROVAL ORDER].**

**What is the purpose of this notice?** A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts ("Court") titled *Lauren Miller, et al. v. J. Crew Group, Inc.* ("Action"). The purpose of this notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?** The Action was filed against J. Crew Group, Inc. ("J. Crew") by plaintiff Lauren Miller alleging J. Crew violated Massachusetts law by requesting and recording Personal Identification Information, including but not limited to, ZIP codes, of customers who engaged in a Credit Card transaction. J. Crew denies wrongdoing and liability and both sides disagree on how much, if anything, the class could have recovered after trial. ***No court has decided which side is right. But both sides agreed to provide benefits to J. Crew customers and resolve the case.***

**Am I a Class Member?** You are a "Class Member" if between June 20, 2009 and [the date of entry of the Preliminary Approval Order], you used a Credit Card at a Massachusetts J. Crew, Madewell, crewcuts or J. Crew Factory store ("J. Crew Store") and your Personal Identification Information, including but not limited to ZIP code, was requested and recorded by J. Crew at the Massachusetts J. Crew Store. Under the Settlement, the term "Credit Card" includes debit cards.

**What relief does the Settlement provide?** If you are a Class Member, you are eligible to receive one Voucher. A Class Member may claim a Voucher for $20 off of a merchandise purchase (no minimum purchase required). To receive a Voucher you must timely complete and submit a valid Claim Form. A Claim Form is available on the Internet at the Settlement Website www.[settlementwebsite].com. The deadline to submit a Claim Form is [Month] [Day], [Year].

**What are my other options?** If you don't want to be legally bound by the Settlement, you must exclude yourself by [Month] [Day], [Year], or you won't be able to sue J. Crew about the legal claims in the Action ever again. If you exclude yourself, you cannot receive the $20 off Voucher from this Settlement. If you stay in the Settlement, you may object to it by [Month] [Day], [Year]. The detailed notice available at www.[settlementwebsite].com explains how to request exclusion or object. The Court will hold a hearing on [Month] [Day], [Year], at [time] to consider whether to approve the Settlement and a request by the lawyers representing all Class Members (Finkelstein, Blankinship, Frei-Pearson & Garber, LLP; Pastor Law Office, LLP; The Leonard Law Office P.C.; and Siprut, P.C.) for $135,000 in attorneys' fees and costs, and for the class representatives' (Lauren Miller and Leah Crohn) request for $3,000 (each) for their services. You may ask to appear at the hearing, but you don't have to.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit www.[settlementwebsite].com. You may also write to the Claims Administrator at: [Address; City; State; ZIP].

EXHIBIT F

CLAIM FORM

## MILLER V. J. CREW GROUP, INC., CLAIM FORM

**YOU MUST SUBMIT YOUR CLAIM FORM NO LATER THAN [MONTH DAY YEAR].**

**PERSONAL INFORMATION.**

Please legibly print or type the following information:

Name (first, middle, and last):_____

Residential Street Address:_____

City, State, and ZIP code:_____

Telephone Number: (_____)_____Email Address (optional): _____

*The above information will be used to send you your Voucher and to communicate with you if any problems arise with your claim.*

**PURCHASE INFORMATION.**

**I declare the following:**

1.  During the period of time between June 20, 2009 and [date of entry of Preliminary Approval Order], I purchased merchandise at a J. Crew, Madewell, crewcuts or J. Crew Factory store ("J.Crew Store").

2.  The J. Crew, Madewell, crewcuts or J. Crew Factory store was located in the State of Massachusetts.

3.  I used the following credit or debit card for a transaction at the Massachusetts J. Crew, Madewell, crewcuts or J. Crew Factory store:

    □ Credit Card    □ Debit Card

    _____    (____ _____ _____ ____).
    Card Type (e.g., Visa, MasterCard)    Last 4 Digits of Card No.

4.  While I was at the J. Crew Store identified in paragraphs 1-3 above, a J. Crew Store employee requested that I provide, and I did provide my Personal Identification Information, including but not limited to my ZIP code.

*J. Crew Group, Inc. may verify the accuracy of your claim. Please retain in your possession any receipts, credit/debit card statements, bank statements, or other documents that support your claim.*

*If you cannot determine which credit/debit card you used to pay for your purchase, please fill out as much information as possible on this Claim Form and then contact the Claims Administrator about alternative methods to verify your claim.*

**RELEASE OF CLAIMS.**

I have received notice of the class action Settlement in this case and I am a member of the class of persons described in the notice. I agree to release all the claims, known and unknown, stated in the Settlement Agreement. I submit to the jurisdiction of the United States District Court, District of Massachusetts with regard to my claim and for purposes of enforcing the release of claims stated in the Settlement Agreement. I am aware that I can obtain a copy of the long-form notice and Settlement Agreement at www.[settlementwebsite].com or by writing the Claims Administrator at [Address; City; State; ZIP]. I agree to furnish additional information to support this claim if required to do so.

**THIS FORM MUST BE COMPLETED AND RETURNED TO THE CLAIMS ADMINISTRATOR ON OR BEFORE [MONTH DAY YEAR].**

IF SUBMITTED ELECTRONICALLY:

☐ **I agree that by submitting this Claim Form I certify under the penalty of perjury of the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge and that checking this box constitutes my electronic signature on the date of its submission.**

IF SUBMITTED BY U.S. MAIL:

**I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge.**

Dated:_____          Signature: _____

EXHIBIT G

[PROPOSED] FINAL ORDER APPROVING CLASS ACTION SETTLEMENT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAUREN MILLER,

Plaintiff,

v.

J. CREW GROUP, INC.

Defendant.

C.A. No. 13-cv-11487-RGS

## FINAL ORDER APPROVING CLASS ACTION SETTLEMENT

On [Month Day, Year], this Court heard Lauren Miller and Leah Crohn's ("Plaintiffs") Motion for Final Approval of Proposed Class Settlement (Dkt. No. XX). This Court reviewed: the motion and the supporting papers, including, the Settlement Agreement and Release ("Settlement Agreement") and any objections made to the Settlement Agreement. The Court also considered the oral arguments of counsel. Based of this review and the findings below, the Court found good cause to grant the motion.

**FINDINGS:**

1.    Unless otherwise specified, defined terms in this Order have the same definition as the terms in the Settlement Agreement.

2.    This Court has jurisdiction over the subject matter of this Action, all Parties to the Action, and all Class Members who have not timely and validly requested exclusion.

3.    Notice was provided to Class Members in compliance with Section 3.3 of the Settlement Agreement, Federal Rule of Civil Procedure 23 and due process. The notice: (i) fully and accurately informed Class Members about the lawsuit and settlement; (ii) provided sufficient information so that Class Members were able to decide whether to request exclusion from, object to, or participate in the proposed settlement; (iii) provided procedures for Class Members to file written objections to the

proposed settlement, to appear at the hearing, and to state objections to the proposed settlement; and (iv) provided the time, date and place of the Fairness Hearing.

4.     For the reasons stated in the Order Granting Preliminary Approval of Class Settlement and Provisional Class Certification (Dkt. No. XX), and having found nothing that would disturb these previous findings, this Court finds and determines that the proposed Class, as defined below, meets all of the legal requirements for class certification, for settlement purposes only.

5.     The Parties adequately performed their obligations under the Settlement Agreement.

6.     Upon review of the record, the Court hereby finds that the terms and provisions of the Settlement Agreement have been entered into in good faith and are fair, reasonable, and adequate as to, and in the best interest of, each of the Class Members, and in full compliance with all applicable requirements of law.   With respect to the determination that the Settlement Agreement is fair, reasonable, and adequate, the Court specifically notes that whether the outcome on the merits would result in a ruling in Plaintiffs and the Class's favor was uncertain, the Settlement Agreement was reached through negotiations with experienced and informed counsel with the assistance of a mediator, and the terms of the Settlement reflect substantial benefits to the Settlement Class in light of the circumstances of the Action.

7.     An incentive award to Plaintiffs Lauren Miller and Leah Crohn of $3,000 (each) is fair and reasonable in light of: (a) Plaintiffs' risks (including financial, professional, and emotional) in commencing this Action as the class representatives; (b) the time and effort spent by Plaintiffs in litigating this action as the class representative; and (c) Plaintiffs' public interest service.

8.     An award of $135,000 (total) in attorneys' fees and costs to Class Counsel is fair and reasonable in light of the nature of this case, Class Counsel's experience and efforts in prosecuting this Action, and the benefits obtained for the Class.

9.      In making this award of attorneys' fees and costs and expenses, the Court has considered and found that:

(a)     the Settlement provides direct, immediate and tangible economic benefits to the Settlement Class members;

(b)     Class Counsel have conducted the litigation and achieved the Settlement with skill, perseverance, and diligent advocacy;

(c)     The action involves complex legal and factual issues. But for the Settlement, the litigation would involve further lengthy proceedings, at considerable risk to the Settlement Class, and with uncertain resolution of the legal and factual issues;

(d)     Had Class Counsel not achieved the Settlement, there would remain a significant risk that the Class Representative and the Settlement Class may have recovered less or nothing from Defendant;

(e)     The requested award of attorney's fees, costs, and expenses is fair, reasonable, and consistent with awards in similar cases;

(f)     The requested award of attorney's fees will not in any way diminish the recovery of the Class; and is unopposed by Defendant; and

(g)     The requested award of attorney's fees is amply supported by the laws of the Commonwealth of Massachusetts and falls well within the range of attorneys' fees and expenses awarded by courts within Massachusetts using the lodestar/multi-factor methodology.

**IT IS ORDERED THAT:**

1.      **Class Members**. The Class Members are defined as:

All persons who, during the Class Period, used a Credit Card at a Massachusetts J. Crew Store and whose Personal Identification Information, including, but not limited to ZIP code, was requested and recorded by J. Crew at the Massachusetts J. Crew Store. Class Members do not include persons who filed timely and valid requests for exclusions.

2.      Binding Effect of Order. This order applies to all claims or causes of action settled under the Settlement Agreement, and binds all Class Members. This order does not bind persons who filed timely and valid requests for exclusions. Attached as Exhibit A is a list of persons who properly requested to be excluded from the settlement.

3.      **Release**.   Plaintiffs and all Class Members are: (1) deemed to have released and discharged J. Crew Group, Inc. from all claims arising out of or asserted in this Action and claims released under the Settlement Agreement; and (2) barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, these claims.   The full terms of the release described in this paragraph are set forth in paragraphs 4.2 and 4.3 of the Settlement Agreement and are specifically incorporated herein by this reference.

4.      **Class Relief**.   J. Crew will issue a single Voucher to each Authorized Claimant who submitted a valid and timely Claim Form as provided in the Settlement Agreement pursuant to the timeline stated in Paragraph 3.13 of the Settlement Agreement.

5.      **Incentive Awards**.   Plaintiffs Lauren Miller and Leah Crohn are awarded $3,000 (each) as an incentive award.   Payment shall be made pursuant to the timeline stated in Paragraph 2.3 of the Settlement Agreement.

6.      **Attorney's Fees and Costs**.   Class Counsel is awarded $135,000 (total) in fees and costs.   Payment shall be made pursuant to the timeline stated in Paragraph 2.4 of the Settlement Agreement.

7.      **Court's Jurisdiction**.   Pursuant to the Parties' request, the Court will retain jurisdiction over this Action and the Parties until final performance of the Settlement Agreement.


DATED:_____      _____

UNITED STATES DISTRICT JUDGE

**EXHIBIT H**

**[PROPOSED] FINAL JUDGMENT**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LAUREN MILLER,

Plaintiff,

v.                                                        C.A. No. 13-cv-11487-RGS

J. CREW GROUP, INC.

Defendant.

---

## **FINAL JUDGMENT**

1.      In the Final Order Approving Class Action Settlement, the Court granted final certification, for purposes of settlement only, of a Class defined as: "All persons who, during the Class Period, used a Credit Card at a Massachusetts J. Crew Store and whose Personal Identification Information, including, but not limited to ZIP code, was requested and recorded by J. Crew at the Massachusetts J. Crew Store." The term "Class Period" means between June 20, 2009 and [the date of entry of the Preliminary Approval Order]. The term "Credit Card" included debit card. Further, the term "Personal Identification Information" means personal identification information as defined in Mass. Gen. Laws ch. 93, § 105(a), including ZIP codes, and the term "Massachusetts J. Crew Store" means any J. Crew, Madewell, crewcuts or J. Crew Factory store, located in Massachusetts operated by J. Crew.

2.      All persons who satisfy the class definition above are "Class Members". However, persons who timely filed valid requests for exclusion are not Class Members. The list of excluded persons is attached hereto as Exhibit 1.

3.      In the Final Order Approving Class Action Settlement, the Court found that notice of the Settlement Agreement and Release ("Settlement Agreement") was provided to Class Members by email, postal mail and twice in a ¼ page advertisement in the Boston Edition of USA Today in compliance with Section 3.3 of the Settlement Agreement, Federal Rule of Civil Procedure 23 and due process.

4.      Class Counsel is awarded $135,000 (total) in fees and costs.

4.      Plaintiffs Lauren Miller and Leah Crohn are awarded $3,000 (each) as an incentive award.

5.      J. Crew must issue a voucher ("Voucher") for $20 off a merchandise purchase (no minimum purchase required) to each Class Member who completed and submitted a timely and valid "Claim Form" to the claims administrator ("Authorized Claimant"). The Vouchers will be subject to the following conditions: (a) Vouchers shall be valid for 6 months after issuance; (b) each Authorized Claimant is eligible to receive one (1) Voucher, regardless of the number of alleged violations; (c) Vouchers are valid for a single-use only (may be used only one time); (d) Vouchers shall be redeemable for in-store purchases of merchandise, not including gift cards, at Massachusetts J. Crew Stores (J. Crew, Madewell, crewcuts or J. Crew Factory stores) only; (e) Vouchers are not redeemable for cash, including if the Authorized Claimant uses the Voucher for less than its full amount, he or she will not receive the remaining balance in cash; (f) Vouchers are transferable; (g) Vouchers will not be valid for past purchases; (h) Vouchers will not be replaced if lost, stolen, expired, or damaged; (i) Vouchers cannot be used on third-party branded products; and (j) the Vouchers may be used on sale item(s), however, they may not be combined with any other discount offer, promotional coupon or Voucher.

6.      All Class Members are bound by this Final Judgment, by the Final Order Approving Class Action Settlement and by the terms of the Settlement Agreement.

NOW, THEREFORE, the Court, finding that no reason exists for delay, hereby directs the Clerk to enter this Final Judgment, pursuant to Federal Rule of Civil Procedure 58, forthwith.


DATED:                    _____

                          UNITED STATES DISTRICT JUDGE