UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> -against- <br><br> J. CREW GROUP, INC., <br><br> Defendant. | Civil Action No. 1:13-cv-11487 |

## UNOPPOSED MOTION FOR ATTORNEYS' FEES

Plaintiff, Lauren Miller ("Plaintiff"), by and through her undersigned counsel of record, hereby moves for an order awarding attorneys' fees to Class Counsel in the sum of $135,000. Defendant does not oppose the relief sought by this motion.

The grounds for this motion are set forth in the accompanying memorandum of law.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Undersigned counsel certify that they have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion with the following result: Defendant's counsel indicated that Defendant does not oppose the relief sought by this Motion.

Dated:  September 11, 2014                         Respectfully submitted,

**PASTOR LAW OFFICE, LLP**

/s/ David Pastor_____
David Pastor (BBO # 391000)
63 Atlantic Avenue, 3d Floor
Boston, Massachusetts 02110
Telephone: 617-742-9700
Facsimile: 617-742-9701
dpastor@pastorlawoffice.com


**FINKELSTEIN, BLANENSHIP, FREI-PEARSON & GARBER, LLP**
D. Greg Blankinship (BBO #655430)
1311 Mamaroneck Avenue
White Plains, New York 10605
Tel: (914) 298-3281
gblankinship@fbfglaw.com


**LEONARD LAW OFFICE, PC**
Preston W. Leonard (BBO #680991)
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: 617-329-1295
pleonard@theleonardlawoffice.com

**SIPRUT PC**
Joseph J. Siprut (*pro hac vice*
application to be filed)
17 North State Street, Suite 1600
Chicago, Illinois 60602
Telephone: (312) 236-0000
Facsimile: (312) 470-6588
Email: jsiprut@siprut.com

*Attorneys for Plaintiff and the Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 11, 2014.

/s/ David Pastor
David Pastor