UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAUREN MILLER, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

J. CREW GROUP, INC.,

    Defendant.

Civil Action No. 1:13-cv-11487-RGS

## FINAL JUDGMENT

1.    In the Final Order Approving Class Action Settlement, the Court granted final certification, for purposes of settlement only, of a Class defined as: "All persons who, during the period between June 20, 2009 and June 27, 2014, used a Credit Card at a Massachusetts J. Crew Store and whose Personal Identification Information, including, but not limited to ZIP code, was requested and recorded by J. Crew at the Massachusetts J. Crew Store." The term "Credit Card" includes debit card.  Further, the term "Personal Identification Information" means personal identification information as defined in Mass. Gen. Laws c. 93, § 105(a), including ZIP codes, and the term "Massachusetts J. Crew Store" means any J. Crew, Madewell, crewcuts or J. Crew Factory store, located in Massachusetts operated by J. Crew.

2.    All persons who satisfy the class definition above are "Class Members." However, persons who timely filed valid requests for exclusion are not Class Members. The list of excluded persons is attached hereto as Exhibit 1.

55

3. In the Final Order Approving Class Action Settlement, the Court found that notice of the Settlement Agreement and Release ("Settlement Agreement") was provided to Class Members by email, postal mail and twice in a ¼ page advertisement in the Boston Edition of USA Today in compliance with Section 3.3 of the Settlement Agreement, Federal Rule of Civil Procedure 23 and due process.

4. Class Counsel is awarded $135,000 (total) in fees and costs.

5. Plaintiffs Lauren Miller and Leah Crohn are awarded $3,000 (each) as an incentive award.

6. J. Crew must issue a voucher ("Voucher") for $20 off a merchandise purchase (no minimum purchase required) to each Class Member who completed and submitted a timely and valid "Claim Form" to the claims administrator ("Authorized Claimant"). The Vouchers will be subject to the following conditions: (a) Vouchers shall be valid for 6 months after issuance; (b) each Authorized Claimant is eligible to receive one (1) Voucher, regardless of the number of alleged violations; (c) Vouchers are valid for a single-use only (may be used only one time); (d) Vouchers shall be redeemable for in-store purchases of merchandise, not including gift cards, at Massachusetts J. Crew Stores (J. Crew, Madewell, crewcuts or J. Crew Factory stores) only; (e) Vouchers are not redeemable for cash, including if the Authorized Claimant uses the Voucher for less than its full amount, he or she will not receive the remaining balance in cash; (f) Vouchers are transferable; (g) Vouchers will not be valid for past purchases; (h) Vouchers will not be replaced if lost, stolen, expired or damaged; (i) Vouchers cannot be used on third-party branded products; and (j) the Voucher may be used on sale item(s), however, they may not be combined with any other discount offer, promotional coupon or Voucher.

7. All Class Members are bound by this Final Judgment, by the Final Order Approving Class Action Settlement and by the terms of the Settlement Agreement.

NOW, THEREFORE, the Court, finding that no reason exists for delay, hereby directs the Clerk to enter this Final Judgment, pursuant to Federal Rule of Civil Procedure 58, forthwith.

DATED: 10-15-14

_____
UNITED STATES DISTRICT COURT

# Exclusion Report

10/03/2014 02:04 PM

PROJECT: JCrew - Database: JCREW

Page 1 of 1

Report Criteria: None

Report ID :EXC15001

| EXCL ID | FULL NAME |
|---|---|
| 1 | KELLY SARVEY |
| 2 | WENDY ORSHAN |
| 3 | KATIE TISCIONE |
| 4 | RICHARD REGENTIN |
| 5 | WILLIAM I BAKER |
| 6 | RAQUEL T WHARTON ROHR |
| 7 | YING ZHENG |
| 8 | MEGAN E KORTE |
| 9 | DAVID R NICHOLS |
| 10 | SHARON P WHALEN |
| 11 | STEVEN J SNIDER |
| 12 | LAUREN D KWOK |
| 13 | TERRIS KUTSCHERA |

TOTAL NUMBER OF EXCLUSIONS: 13

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE - The information contained on this report is confidential information that is intended to remain confidential. It is intended for the use of Rust Consulting, Inc.